DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Zbytniuk v. ABF Freight Systems, Inc.<br><br>168 N.C. App. 597 | No. 162P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-118) | Allowed for purpose of remand to COA for reconsideration in light of *Edmonds v. Fresenius Medical Care*, 165 N.C. App. 811, *rev'd per curiam*, 359 N.C. 313 (2005) **05/04/05** |